**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

REGINALD C. PANNELL,

      Plaintiff,                                                   Case No. 3:14-cv-396

      vs.

COMMISSIONER OF                                    District Judge Thomas M. Rose
SOCIAL SECURITY,                                   Magistrate Judge Michael J. Newman

      Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #16), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #16) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **REVERSED**;

3. Plaintiff's request for a Sentence Six remand is **DENIED AS MOOT**;

4. This matter is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and

5. This case is terminated on the docket of this Court.

Date: June 20, 2016                                        THOMAS M. ROSE

                                                            _____
                                                              THOMAS M. ROSE
                                                  UNITED STATES DISTRICT JUDGE